HENRY WITTENBROCK, Respondent, *v.* L. MABINS et al.

(Argued October 6, 1890; decided October 14, 1890.)

APPEAL by Egbert Uchtmann from order of the General
Term of the Supreme Court.in the first judicial department,
made June 9, 1890, which affirmed an order of Special Term
denying a motion to vacate a subpœna directing appellant to
appear and testify before a commission appointed to take his
deposition.

*Henry C. Willcox* for appellant.

*A. B. Porter* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

THE FIRST NATIONAL BANK OF JERSEY CITY, Appellant, *v.*
PETER LENK et al., Respondents.

(Argued October 6, 1890; decided October 14, 1890.) .

APPEAL from order of the General Term of the Supreme
Cout in the first judicial department, made June 6, 1890,
which reversed an order of Special Term reviving and continu-
ing this action.

*William G. Wilson* for appellant.

*Maurice Untermyer* for respondents.

Agree to affirm ; no opinion.
All concur, except RUGER, Ch. J., not voting.
Order affirmed.